THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA,
GREAT FALLS DIVISION

| DIANE HARRINGTON,<br><br>Plaintiff,<br>v.<br><br>GREAT FALLS SCHOOL DISTRICT NO. 1, BOARD OF TRUSTEES,<br><br>Defendant. | Cause No. CV-18-125-GF-BMM<br><br>**ORDER GRANTING UNOPPOSED MOTION TO REPLACE COMPLAINT EXHIBIT 1 WITH REDACTED VERSION** |
|---|---|

THE COURT, upon Plaintiff's *Unopposed Motion to Replace Complaint Exhibit 1 With Redacted Version* (Doc. 4) and for good cause shown pursuant to F. R. Civ. P. 5.2(e)(1), IT IS HEREBY ORDERED that

The Clerk of Court shall replace *Complaint* Exhibit 1 (Doc. 1-1) with the redacted version of the same (Doc. 4-1) in all electronic and hard-copy records of this matter.

DATED this 23rd day of October, 2018.

_____
Brian Morris
United States District Court Judge