IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA,
GREAT FALLS DIVISION

| | |
|---|---|
| DIANE HARRINGTON,<br><br>        Plaintiff,<br>    v.<br><br>GREAT FALLS SCHOOL DISTRICT NO. 1, BOARD OF TRUSTEES,<br>        Defendant. | Cause No. CV-18-125-GF-BMM<br><br>**ORDER** |

Pursuant to Plaintiff's Unopposed Motion to Conduct Preliminary Pretrial Conference Telephonically,

**IT IS ORDERED:**

The Preliminary Pretrial Conference scheduled for Tuesday, November 27, 2018 at 1:30 p.m. (Doc. 9) shall be held telephonically. The Court will contact lead counsel at the scheduled time via the phone numbers on file with the Court.

DATED this 20th day of November, 2018.

_____
Brian Morris
United States District Court Judge